41 So.2d 912

### Ex parte VAN ANTWERP REALTY CORP.

I Div. 374.

Supreme Court of Alabama.
May 27, 1949.

Walter Mitchell, Jr., of Mobile for petitioner.

PER CURIAM.
Petition dismissed.

41 So.2d 913

### Elmer WEBB v. STATE.

6 Div. 936.

Supreme Court of Alabama.
Aug. 18, 1949.

Geo. E. Trawick and Percy B. Watkins, of Birmingham, for appellant.

A. A. Carmichael, Atty. Gen., and Bernard F. Sykes, Asst. Atty. Gen., for the State.

PER CURIAM.
Appeal dismissed, motion of appellant.

40 So.2d 915

### John WILLINGHAM et al. v. STATE.

6 Div. 750.

Supreme Court of Alabama.
April 7, 1949.

T. K. Selman and R. L. Newton, both of Jasper, for appellants.

A. A. Carmichael, Atty. Gen., for appellee.

PER CURIAM.
Appeal dismissed, motion of appellants.

41 So.2d 913

### John A. YUNG v. Ewin Baldwin YUNG.

5 Div. 474.

Supreme Court of Alabama.
July 19, 1949.

Wm. F. Thetford, of Montgomery, and Reynolds & Reynolds, of Clanton, for appellant.

Rives & Godbold, of Montgomery, and Holley, Milner & Holley, of Wetumpka, for appellee.

PER CURIAM.
Appeal dismissed by agreement.